RUSTAM A. BARBEE   #5655
Attorney at Law
1188 Bishop St., Suite 2606
Honolulu, Hawaii 96813
Telephone:  (808) 524-4406
Facsimile:   (808) 524-4306
E-mail: Rustam@HonoluluAttorney.com

Attorney for Defendant
LOUIS M. KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 17-00582 JMS (02) |
|---|---|
| Plaintiff, | ) DEFENDANT LOUIS M. KEALOHA'S JOINDER IN |
| vs. | ) DEFENDANT KATHERINE P. KEALOHA'S MOTION TO |
| LOUIS M. KEALOHA, | ) STRIKE SURPLUSAGE FROM THE INDICTMENT; |
| Defendant. | ) CERTIFICATE OF SERVICE |

**DEFENDANT LOUIS M. KEALOHA'S JOINDER IN DEFENDANT KATHERINE P. KEALOHA'S MOTION TO <u>STRIKE SURPLUSAGE FROM THE INDICTMENT</u>**

COMES NOW, Rustam A. Barbee, counsel for the defendant, LOUIS M. KEALOHA, who hereby joins in Defendant Katherine P. Kealoha's Motion to Strike Surplusage From The Indictment.

DATED:   Honolulu, Hawaii, March 12, 2018.

>  /s/ Rustam A. Barbee
>  RUSTAM A. BARBEE
>  Attorney for Defendant
>  LOUIS M. KEALOHA