Saturday, August 17, 2019

Judge Michael Seabright,

My Name is David Scheidt. I was born and raised in Waianae, Hawaii and my family and I own a company that provides medical supplies to the active duty and their dependents on a national basis. We have offices in Arizona, California and Hawaii.

Louie Kealoha and I became friends through stand-up paddle surfing while he was still the chief of police. I was introduced to him by my best friend who was related to one of his officers.

During his tenure as police chief I was invited to many police, city and state related functions and our friendship over time grew.

When he decided it was time to retire, I started to fly home monthly so we could surf prior to the start of the trial regarding the mailbox. I would consider myself one of Louie's trusted friends and confidant.

**Here are some issues we discussed:**

I can say with confidence based on my relationship with Louie though he was the chief of police in public, in private his wife Kathryn ruled the house, finances and any day to day decisions regarding their relationship and marriage.

Prior to the trial, I heard Louie tell me he was very confident he and Kathryn would win the federal mailbox trial since they just won the civil trial along with Kathryn's constant reminder that they had nothing to worry about.

Once the affair came out in the newspapers, Louie explained Kathryn and the fireman were old family friends and that she wanted the traveling points and would charge her card and take cash from him. Later, we were talking in the ocean and I could see the embarrassment on his face once the fireman was indicted on lying to federal officers. I believe he truly had no idea.

I remember him telling me how he was going to stand united with Kat and support her with everything he had. Everyone else has abandoned her but I love her, and I believe she is innocent. He was saying during the trial, his attorney scolded him because he was staring at the ceiling and not paying attention to the trial. It was at that time he realized he was screwed, and he told me he also realized he didn't know the person he married, and he and his officers may be guilty of a cover up and will have to serve time.

Prior to the trial, Louie in his heart truly believes he would not be where he was without the support and drive of his wife Kathryn. He told me I owe her everything, she motivated, pushed and supported me during my education and climb through the ranks of the HPD. Just recently Louie asked me how someone so fortunate to be the chief of police ended up here today and preparing for prison.

August 19, 2019

Chief Judge Michael Seabright
United States District Court
District of Hawaii
300 Ala Moana Blvd # C338
Honolulu, HI 96850

Dear Judge Seabright,

I'm writing to ask for your leniency in sentencing Louis Kealoha. I've known Louis for approximately 7 years.  We met while surfing on weekends.

I was a law enforcement officer with HPD for 16 years before taking a lateral transfer to DLNR where I served in the enforcement unit for 20 years.  During my law enforcement career, I did not meet Louis, but many officers I knew spoke very highly of him.

During the selection period for police chief, everyone wanted Louis to get the job.  After he was chosen, he was very popular with the men because he was fair with everyone.

Getting to know Louis over the last few years, I can see why he was so well liked.  He is very down to earth, very humble and gets along well with people from all walks of life.  The local surfers took to Louis and he to them.

I truly believe in my heart that Louis did not know about his wife's crimes.  He is a good, loyal man who loves his daughter more than anything.  I believe this is the reason for his silence and acceptance of blame for his wife's actions.  Although he has never said so, I believe he is sacrificing himself so that in the end his daughter, an only child, will have a family to love.

I believe that a good man like Louis Kealoha, who has given so much to his community, deserves leniency.  Please give Louis another chance to show that he is the good man I know him to be.  I know he won't let you down.

Sincerely,

James Sequin

Honorable Judge,

I am writing on behalf of a dear friend of mine, Louis Kealoha, to give you information on his character for consideration regarding his sentencing.

I've known Louis in a professional capacity as the Chief of Police of the Honolulu Police Department in 2010 which grew into a friendship until the day he retired.

It is difficult for me to accept the guilty verdict that was rendered because the person I know had only one motivation when we worked together and that was to improve the police department. He endured a very difficult period when he was first appointed because he was not part of the establishment. His years of service earned him the respect and credibility from the rank and file, the majority was very happy with the change in direction the department was taking as a result of his appointment.

His appointment was not popular with the executive command at that time for two reasons, first because he was a Captain at the time he was appointed and the second because he didn't run in the political circles of the previous administration. I witnessed first-hand the attempts made to undermine and discredit his leadership during the first year he was appointed. These included hundreds of anonymous poison pen letters that were continually mailed in mass to the main station and disseminated internally with only one intention to discredit his leadership. I have never seen this level of explicit attack on any Chief before him or after.

As the Chief, Louis made many courageous decisions to improve the technology of the department and was willing to accept unconventional ideas to solve issues that needed resolution. He had three officer line of duty deaths during his administration, which was also unprecedented in the modern history of the HPD. He took the separate incidents personally and was deeply affected by the loss of the officer and the impact the deaths had on the families.

Recently, with all the media coverage of the allegations prior to the conviction there were a lot of information revealed that was deeply disturbing and difficult to accept knowing the character of Louis. The information regarding the extramarital affair of his wife was one that was especially surprising to me and I'm sure hurtful to Louis. I realized I didn't know his wife Kat as well as I thought, this information was shocking to me. Louis was very committed to his marriage and family.

I reserve my judgment of Kat on her allegations, and I hope you would give Louis a separate consideration in determining his punishment. His role in all of this I believe is on a different level, I'm not absolving him of blame. I'm sure there were ways he could have made himself more aware of things and perhaps taken more proactive steps in resolving some of these serious issues his wife had involved him in.

In closing, I know as the Chief he was not corrupt. I would have seen it. This doesn't change the fact that he was convicted of a felony casting a different perspective on his character. Despite his conviction, I believe he is still a man of good character. He will do his time and I'm certain he will touch lives in a positive way as he touched mine.

Much Aloha,

Andrew Lum, HPD Major (Retired)

William S. Drew
129 North LaPeer Drive
Los Angeles, California 90048

August 9, 2019

Federal Judge John Michael Seabright
United States District Court
District of Hawaii
300 Ala Moana Boulevard, C-338
Honolulu, Hawaii 96850

Re: Louis Kealoha

Dear Honorable Judge John Michael Seabright,

We have known Louie for over twenty years. Louie has always been an upstanding pillar of the community, a leader and friend. He has always been there when you needed his help, advice, support, guidance and, especially, when you needed a friend,

I remember one incident when a family needed a roof repaired due to heavy rain. Louie had just come off a double shift of duty and went right over to help repair the roof. He stayed until the job was finished late that afternoon.

Most of all, Louie is a devoted and caring father and husband. Whenever possible he attended his daughter's high school volleyball games. We remember him cheering the loudest when his daughter made the winning point for her team.

There are very few people I know who can be counted on to be there for you in time of need, and Louie is one of those very special gentlemen.

Sincerely,

William S. Drew

William Drew

**Marie McCauley**

521 Hahaione Street # 10 L
Honolulu, Hawaii 96825
(808) 395-2053
mariemccauley95@gmail.com

September 3, 2019

**Rustam Barbee**
Attorney at Law
Attn: Judge Michael Seabright
1188 Bishop Street # 2606
Honolulu, Hawaii 96813

Dear Judge Seabright,

I was asked to write a letter on behalf of Chief Louis Kealoha and, frankly, I find myself in a state of utter shock over what has occurred over the last few years, and especially these past few months. Chief Louis Kealoha has been a civil servant for 30 plus years. When he was appointed Chief, his stated goal was to have the lowest crime rate in the nation, but he also put an emphasis on traffic safety and lowering the traffic fatality rate in Hawaii.

I first met Chief Kealoha when I was promoted to serve as the Honolulu Police Department's Deputy Chief, and worked with him for approximately five years. During the time that I worked with him, I knew him to be deeply concerned for the safety of his Officers and the safety of the community he served. He worked tirelessly, including nights and weekends, seeming to always put the department and community first.

I honestly don't know what Chief Kealoha knew or didn't know about the events for which he stood trial. What I do know, however, is that he is a loving father to his daughter Kristina and that she needs his love and support now more than ever.

Sincerely,

Marie McCauley
Deputy Chief Retired

9/30/19

Dear Judge Michael Seabright,

I am writing a letter of support for Chief Louis Kealoha.

I have known Chief Kealoha to have very high standards of morals and character, with unquestionable integrity, a remarkable career with the Honolulu Police Department, serving and protecting for over 33 years.

Unfortunately, his standards came crashing down from the decision of the recent case. Like other spouses, he loved his wife so much and placed his total and complete trust in her to handle their daily affairs, financial decisions, and family matters. I'm sure there are other spouses who are in very similar situations/predicaments, however ignorant it may be.

There really is no excuse but he is a very good and sincere man who unfortunately got blinded and caught up in his wife's entanglements with the law.

I thank you for your consideration of Chief Louis Kealoha.

Karen Mondoy

Karen Mondoy

September 3, 2019

Honolulu Police Department-retired
Specialized Services Division-SWAT
Commander-Bomb Squad

Honorable Judge John M. Seabright
Federal Court –District of Hawaii

**Character Reference-Louis Kealoha**

I have served with the Honolulu Police Department for 31 years. I retired in March of 2013. During the course of being employed under many administrations, I worked with and later under the Command of then Chief Louis Kealoha. I was able to witness firsthand the dedication he demonstrated while deploying our Police force while serving the community on a number of complexed and dangerous missions as well as numerous Law Enforcement operations. One such mission was the tragic and deadly Waipo fireworks explosion investigation which turned out to be a recovery mission from the onset. Chief Kealoha responded to the scene and vigorously supported the intense process Honolulu Police Department Bomb Technicians undertook while recovering deceased victims for family members awaiting word on their loved ones despite the scene being still in a volatile state and in the pouring rain. Chief Kealoha chose to leave the Incident Command Post to be among the police and fire rescue teams at ground zero and assisted in supporting the mission's game plan. I will never forget the concern he displayed for all involved. In my 31 years of service I have never experienced a Police Chief respond to a scene and entrench himself with those Responders responsible for carrying out the mission. It is my understanding that prior to this situation Chief Kealoha endured an extended period of time in which someone perpetrated a number of malicious acts which targeted his home probably connected to this situation. The culmination of all the ensuing circumstances complicated any sensible resolution. He should not be judged by this incident alone and consideration should be given for a career long on successful community minded accomplishments.

Mahalo,

Thomas Carreiro

Specialized Services Division-SWAT

Michael K Cusumano
300 North Beretania St
Honolulu, Hi 96817
Date: September 04, 2019

To the Honorable Judge Seabright,

I am Michael Cusumano, I retired from the Honolulu police department with 29 years of service in 2018. I'm writing this on behalf of Louis Kealoha. I have known Louie for close to 30 years, he was my very first supervisor in the Honolulu police department. I was very young when I entered the department (20) and I worked for Louie for several years, during that time we became close friends. I learned and experienced a lot during my time working for him and that followed me through my whole career. It's not a stretch to say he was one of my biggest influences throughout my 29 year career in HPD.

I know Louie to be good friend, loyal husband and a loving father to his daughter Kristina. I have not seen anything but the highest degree of integrity in his actions through the years and I personally have had no reason to question his character. While I worked for Louie, he was an outstanding leader that led from the front, he was sensitive to the needs of his subordinates, confident and steadfast when it was needed. Louie helped his subordinates better themselves, he would help set up study groups for promotional exams and would give promotional interview classes, he did everything he could to help us better ourselves and push us so we brought out the best of ourselves!

I sincerely ask for your leniency in his sentencing!

Sincerely,

Michael Cusumano

Via: Mr. Rustam Barbee, AAL
1188 Bishop Street #2606
Honolulu, HI 96813

09/14/2019

The Honorable Judge Michael Seabright,

This letter is submitted for your consideration in the sentencing of Louis Kealoha.

I am retired from the Honolulu Police Department having served from 1970 to 2002. During my time in the department I came to know Louis Kealoha. When we interacted he was always friendly, intelligent, professional and impressed me with his focus on his duties and desire to be of service. Years after I retired and Louis became Chief of Police a situation arouse that caused me to question the actions of two senior HPD commanders. When I brought the matter to the attention of then Chief Kealoha he immediately took action to require adherence to professional standards and in so doing demonstrated a personal standard reflective of good character.

Louis was first appointed Chief of Police in 2009, successfully guiding the HPD through a difficult period in a manner that caused the Honolulu Police Commission to recognize his efforts through a second appointment to Chief of Police in 2014.

In your sentencing determination please consider Louis Kealoha's underlying qualities and many years of positive contributions and professional service to the community.

Respectfully,

Jeffrey Owens
91-205 Aukahi Pl
Kapolei, HI 96707
TeL: 808-722-5311

Paul Vargas
801 S Beretania St
Honolulu, Hi 96813
Date: September 11, 2019

To the Honorable Judge Michael Seabright,

I am Paul Vargas, I am a Honolulu police sergeant with 32 years of service in 2019. I'm writing this on behalf of Louis Kealoha. I have known Louie for close to 30 years, he was my very first supervisor in the Honolulu police department. I was very young when I entered the department (22) and I worked for Louie for several years, during that time we became close friends. Louie always pushed me to strive to be better, because of him I finished my college degree and am pursuing my master's degree. Louie was one of my biggest influences during my career, he pushed me to take promotional exams and would help with study groups and promotional interviews.

Louie is a good friend who takes care of his family, he was a great father to his daughter and a loyal husband. In my opinion Louie was an excellent leader who led from the front lines and if anyone needed anything he would go out of his way to help you.

I sincerely ask for your leniency in his sentencing!

Sincerely,

Paul Vargas

September 3, 2019

To Whom It May Concern:

I am writing this letter in consideration and support of the character of Louie KEALOHA. I have known Louie KEALOHA as the Chief of Police since April 1, 2013.

Louie KEALOHA has taught me the importance of Respect, Fairness, and Integrity. I remembered he asked the entire 174th recruit class what is the most important value for being a good Police Officer?

Louie KEALOHA told us Fairness should be the most important thing because we have to let all the differences aside, not being judgmental, and truly treat our community like how we treat our own brothers and sister in the family by always giving people the benefit of doubt or second chances.

Louie KEALOHA's famous advice for us was, "happy wife, happier life".

True to the man, colleague, and leader I know. Louis KEALOHA has helped me truly with my career and my marriage if I didn't take his advices to the heart.

Thank you for your time and consideration.

Sincerely,

Officer Pei Shin

MSgt Kevan Stewart
US Air Force
360 Mamala Bay Dr.
JBPHH, HI. 96853

September 17, 2019

Re: Louis M. Kealoha

To: The Honorable Judge Michael Seabright

I have had the pleasure of knowing Louis Kealoha through his cousin, Christine Akiona (my fiancée) for 14 years. I was surprised to hear about the charges brought before him as he has always been a caring, trustworthy, and family oriented person. It is for this reason that I am writing this letter for Louis Kealoha. I understand the seriousness of this matter, however, I hope that through this letter, the court will have a better understanding of the type of person Louis really is and in turn I hope that you will show leniency in your decision.

As an active member of the military for over 20 years, I have spent a lot time around many different types of people, leaders, and personalities. When I first met Louis, known to us as Mahina, I knew right away that he was a special person who was humble, honest, professional, inspirational, and most of all, passionate and caring for his family and friends. He has been instrumental to the success of my military career through his mentorship and countless hours of advice in leadership.

In addition to being an all-around great person, he is an amazing father. His daughter, Kristina, is the absolute light of his life. Louis is the center piece of this family, the glue that binds us, without him in the life of his daughter and our lives, it will leave a serious void in our family that will never be filled unless he is here with us.

It is my sincere hope that the court will take this letter into consideration at the time of sentencing. Despite the current case, I still believe Louis Kealoha to be an honorable and trustworthy part of this community and a vital part of our family.

Sincerely,

MSgt Kevan Stewart

*Rualani Simpson*
*2 Ketchum Ct. Bloomington, IL 61704 (309) 287-1131 email:photobykent@yahoo.com*

*FEDERAL JUDGE JOHN MICHAEL SEABRIGHT*
*UNITED STATES DISTRICT COURT*
*DISTRICT OF HAWAII*
*300 ALA MOANA BLVD. C-338*
*HONOLULU, HI 96850*

*Dear Honorable Judge John Michael Seabright,*

*Louis Kealoha is my brother in law and he has been married to my younger sister for the last twenty-three years. He has always been as a brother to me. Louis is a dedicated family man and family is very important to him. When he first married my sister I learned of his devotion to his own family. He had two special needs brothers that he helped his Mother with. Louis went to his Mother's home daily to help with his older brothers till they were taken to a nursing home because of their continued medical issues. Once Randy and Vernan were in the nursing home, Louis took time to visit and check on his brothers making sure that they had everything that they needed.*
*Louis was a dedicated police officer for over thirty years and loves the community that he served. Thru the years, I witnessed the many community activities and school events that he would attend and participate in.*

*Louis is a devoted husband; he has been by my sister's side during many difficult times, my sister Katherine was diagnosed with cancer. She had surgery and recovery was very painful, Louis was by her side and took great care of her, making sure she had the nutrition and medication needed to recover. During this time she needed many trips to the doctors and therapy which was a daily routine for them. Living in the Mainland I felt relived and blessed that she had a husband that took such good care of her during this difficult time.*

*Louis is a loving Father and provides for his Daughter so she is able to further her education at a prestige school which offers the program specializing in the field that she is interested in, "NYU, gallatin school of Individualized study." Louis was a self-educated man he paid for his own schooling thru his adult years, working hard and receiving a PHD in education. He knows how important a higher education is and made sure that his daughter had that opportunity.*

*In the last few weeks I helped Louis take many of his own things to the homeless shelter to give to people in need. While at the Shelter he asked the staff if there was something he could help with. He is so very generous with his time, talents and treasures to help others.*

*May our Compassionate Lord guide you in your decisions for my Brother in law,*
*Thank you for your time,*
R Simpson
*Rualani Simpson*

September 3, 2019


Your Honorable Judge Michael Seabright,


I am writing this letter in consideration and support of character for Louie Kealoha. I have known Louie for over 28 years. I came into the Honolulu Police Department in 1990 and met him in 1991 during my Field Training. Even through the years, our time in the department sent us in different directions; but our relationship has always remained the same. We grew to be more than just friends our strong bond became more like brothers.

Louie was a well respected officer on the road. His dedication to the department was evident having one of the toughest beat to work in District 7, Palolo Housing. He kept that community safe until being promoted to Sergeant in District 6, Waikiki. Louie continued to strive while working. He sacrificed a lot by taking online classes and earning a Bachelor's Degree from Wayland Baptist Academy. He continued his education earning his Master's Degree from Chaminade University and eventually earning a Doctoral Degree at the University of Southern California. He continued to the rank of Lieutenant and Captain before becoming the Chief of the Honolulu Police Department in 2009.

What Louie has done for the community in over 30 plus years of service by far exceeds any wrong doings that may have come about. Louie earned the respect and position by what he has accomplished in this short time on earth. Louie was not only a well respected officer, he was also a great father to his only child, Kristina. Their love and bond for each other is like no other. To live without your father in this unforgiving world is unimaginable.

I am humbly ask Your Honorable Judge with all due respect to please take all I have said into consideration and have a kind and loving heart during Louie's hearing on October 15, 2019.

Louie's philosophy was centered around the Hawaiian principals, Mahalo, Aloha, and Pono (MAP). Mahalo, to be always thankful for what you have. Aloha to love one another. And last Pono, always do the right thing. Because of his philosophy, I continue to live my life based around Mahalo, Aloha and Pono and I'm sure you do also.


Thank you for your time and consideration.



Mahalo,

Sergeant John Q. Esteban

Christopher Casegrillo
1233 Gaviota Drive
Laguna Beach, California 92651
(310) 709-7643 iPhone

August 25, 2019


Honorable Judge Michael Seabright
Prince Jonah Kuhio Kalanianaole Federal Building and US Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Dear Judge Seabright,

I am writing to you on behalf of Louis M. Kealoha (hereinafter "Louie") whom I have known since 1993. As a brief personal introduction, I am Christopher Casegrillo, a permanent California resident since 2002, a retired criminal investigator, having served with the State of Hawaii, Department of Public Safety, Narcotics Enforcement Division, and a retired Marine Corps Lieutenant Colonel, having served in both the active and reserve components. I am 61 years old and currently self-employed in a small business in Laguna Beach, California.

Regarding the nature and extent of my contact with Louie, in 1993, we met by chance as graduate students in criminal justice administration at Chaminade University of Honolulu. I recall that, at that time, Louie was a 10 year veteran of the Honolulu Police Department (HPD), and was serving as a patrol sergeant in District 6 (D-6), Waikiki. As a couple of the older students in the class, Louie and I connected almost immediately and became friends. During one academic quarter, with a couple of other HPD officers and a military police officer from Schofield Barracks, we participated in a graduate student study group relative to the challenging subject of social research and statistics. This study group sometimes met at my home in Kailua and Louie came to know my partner, Lee, whom I married in 1994. Louie was our witness in a civil wedding ceremony. During this approximately 12-18 month period of graduate education, I saw Louie 2-3 times per week in classes or in a study group environment. At his invitation, I also accompanied him sporadically as an HPD ride-along during overnight (1st watch) shifts in Waikiki. I believe that we both received our Master of Science Degrees in Criminal Justice Administration in 1995.

In 1996, Louie asked me and I agreed to be a groomsman in his wedding to Katherine Kealoha nee Puana. I knew Katherine superficially via occasional contact at Chaminade University as she, too, was a graduate criminal justice student and a member of the National Honor society.

During the period from about 1997 to 2002, as we were no longer in the graduate school environment, I had infrequent contact with Louie, approximately 2-3 times per year. This contact took place at the HPD police training academy in Waipahu when I was undergoing various

tactical training relative to drug enforcement, traffic stops, building clearing and the like. I recall that Louie was a Lieutenant responsible for training, instruction and counseling of police recruits. Our contact at the academy was social and brief.

In 2002, Lee and I moved back to California and re-established permanent residency, however, during the period from about May 2008 until July 2010, I lived and worked in Hawaii temporarily to manage, repair and support our Kailua house given the 2008 economic downturn. During this period, I did not have any contact with Louie who by then was the Chief of HPD.

Since 2002, my only contact with Louie consists of a couple of telephone calls in the past 24-36 months. Given my intentions, these were almost exclusively social calls with only passing, oblique reference to the legal jeopardy he was facing and continues to face. I recall during one call he sought my referral to a local Honolulu private investigator.  My knowledge of his legal circumstances is based on occasional, cursory reading of local Honolulu media reports.

In 2017 or so, I first became aware of federal prosecutors having been reassigned from the United States Attorney's Office in San Diego to Honolulu for the express purpose of investigating suspected criminal activity and public corruption involving Louie, his wife and others. Frankly, I was shocked and disheartened, to say the least. The scenarios being alleged or alluded to seemed surreal in light of my perspective of Louie. While I can not credibly speak to the character of Katherine Kealoha or others named in various completed or pending cases, I feel that I do have a deep sense of Louie's nature and character.

Louie stands in contrast to the one or two dimensional characters reflected in many stereotypes about law enforcement officers, alpha males, and predatory or grossly self-interested individuals. Having seen him in the classroom, as a peer, as a tactical supervisor of patrol officers in fluid situations, as a friend or stranger to the young and old, I have found him to be grounded and sensitive. Louie is reliable and trustworthy. He is intelligent, insightful and responsive rather than merely reactive. From the moment I met him, it was clear that he was quite committed to the learning process, near term and life long, both formally and informally. Never arrogant, he humbly shared with others and sought knowledge, insights and the pursuit of personal growth. I have known him to quickly assume responsibility for errors in behavior or judgement. In fact, like many of us, I would say that he is his own worst critic.

I think that there are a couple of facets of Louie's personality and character that seem rather salient in light of his ongoing circumstances. I do not say this as part and parcel of some effort to achieve absolution for him, but their relevance seems apparent. Louie is a person who seeks to please in many respects and is rather quick to trust others, particularly those close to him. While these traits have drawn admiration in some contexts, I sense that he has often made himself personally and professionally vulnerable as a result. I believe that these tendencies have played a role in the genesis and evolution of his life circumstances, both good and bad, over many years. Combining these traits of rapid trusting and pleasing, with his guilelessness and a likely failure to question or verify a particular task or issue, created a double-edged sword

for him. I also believe that Louie, perhaps only in retrospect, is acutely aware of this pattern in his life. In the vernacular, Louie, in many consequential instances, has been a "soft touch".

In summary, I am absolutely confident that Louie possesses deep and genuine contrition for the circumstances for which he is being held accountable. He is a man who will take ownership of many decisions and is not a self-pitying, denying, embittered character. That is simply not his true nature. In many ways, Louie is philosophical and keenly aware of the need to take responsibility, recognize the lessons to be learned, and move forward with personal integrity in a productive fashion for the remainder of his life. The seeking of personal growth has continuity in his life.

As the time approaches for sentencing and the resolution of other legal matters, I believe that Louie will proceed with maturity, dignity and respect, both for the judicial system and for himself. Louie is a good human being who I believe will use his extensive education, experience, and hard-earned wisdom to redeem himself and be an asset to others. It is my hope that as justice is meted out, so will mercy.

Thank you Judge Seabright for your thoughtful consideration of this character letter.

Respectfully submitted,

Christopher Casegrillo

Captain Kealoha,

I was the person who caused the accident on Feb. 13 at Beretania and Victoria streets. You were the first responder and I wanted to thank you. Your calm but firm voice helped to keep me from going into a panic. I know you told me to stay in the car, but I thought it was on fire at the time. I also wanted to

apologize for any damage to your car and hoped you were not too inconvenienced in getting it fixed.

I would have written sooner but it took over a month for the swelling in my hand to go down. You should know that I am much more vigilant and defensive in my driving now. My friend from the mainland is very impressed with our Police Dept. because of you. Mahalo,
Ruth Hoover

CAPT. KEALOHA,

I WANTED TO THANK YOU + I APPRECIATE THE TIME YOU GAVE US WHEN CONDUCTING THE MOCK INTERIVEWS.

THE MOCK INTERVIEWS HELPED. TWO QUESTIONS YOU ASKED WERE ACTUALLY ON THE INTERVIEW, IN DIFFERENT WORDS OF COURSE.

- I'M SORRY I DIDN'T SEE YOU IN PERSON, BUT I HEARD YOU ARE ALL OVER THE PLACE

THANKS

MICHAEL TSUHAKO

Dear Captain Kealoha,

I just wanted to thank you for taking the time out of your personal life to help us further our careers in the department. My final ranking for sergeant is 24. I give full credit to you, your wife, and the prepatory class you gave at the academy for my score.

I know the economy is bad and I still may not get promoted, but 24 gives me an excellent shot. Thank you for your guidance, your leadership, and for being a great role-model. You were the one who actually inspired me to get my Master's degree. You are a prime example of quality leadership!

**...for being so wonderful!**

Thanks again for everything sir!

Sincerely
Ben Villaflor II

Aloha Capt. Kealoha,

Thank you for being so patient with me during my time at CID. I've really learned a lot during my short time there. Thank you for your comforting words when I needed it the most during the loss of my son. I will miss the new friends I have made at CID, but look forward to making even more friends at my new position.

Aloha,
[signature]

Christmas 2006
Anthony J.M. Edrada "Forever in our Hearts"
8-26-93 to 3-26-07



**U.S. Department of Justice**

Federal Bureau of Investigation

Office of the Director                    *Washington, D.C. 20535-0001*

August 29, 2008

PERSONAL

Captain Louis Kealoha
FBI National Academy
FBI Academy
Quantico, Virginia

Dear Captain Kealoha:

I have been advised of your recent election as Sectional Representative of Section Two of the 234th Session of the FBI National Academy, and I wanted to extend congratulations to you.

You must be very proud that your fellow officers have chosen you to represent them. My associates and I hope this will be but one of many recognitions you receive as a result of your National Academy training, and we wish you the best during the remainder of your stay at Quantico and in your career.

Sincerely yours,

Robert S. Mueller, III
Director

*1908 - 2008 A Century of Fidelity, Bravery & Integrity*

FIDELITY
BRAVERY
INTEGRITY
FEDERAL BUREAU OF INVESTIGATION

# FEDERAL BUREAU OF INVESTIGATION
# UNITED STATES DEPARTMENT OF JUSTICE

*Issues this award thereby certifying that*

***Louis Kealoha***

*Honolulu Police Department*

*has completed a general course of instruction afforded by the*

***FBI National Academy***
***United States Department of Justice***

*at Quantico in the State of Virginia for a period of ten weeks ending this the twelfth day of September in the year of our Lord two thousand and eight and by these presents is entitled to such professional standing as a law enforcement officer as may be properly accorded by reason of the completion of such course of instruction*

Michael B. Mukasey
Attorney General

[signature]
Director

# *ASSOCIATION OF HAWAIIAN CIVIC CLUBS*

## *A RESOLUTION*

10-11

**CONGRATULATING LOUIS MAHINA KEALOHA FOR BEING SELECTED AS THE 10TH CHIEF OF POLICE FOR THE CITY AND COUNTY OF HONOLULU**

WHEREAS, Louis Mahina Kealoha born on October 11, 1960, to Louis Kiha Kealoha & Beatrice Leilani (Peters) Kealoha and is third son of four boys, Vernon, Randy, Louis & Andre; and

WHEREAS, his earlier education began at St. Anthony's School Kalihi, then to Cathedral Middle School in Nu'uanu, and finally graduated from Damien Memorial High School in the class of 1978; and

WHEREAS, he went to Federal Bureau of Investigation (FBI) training in Washington D.C., followed by enrollment at Leeward Community College; and

WHEREAS, his tenacity for education showed through his perseverance that took him years to get a four-year degree from Wayland Baptist University and a Master Degree in Criminal Justice Administration from Chaminade University of Honolulu and a Doctorate Degree in Education from University of Southern California; and

WHEREAS, he applied for a position on the Honolulu Police Department (HPD) in 1983 and was accepted, and completed his police training at the Police Academy; and

WHEREAS, after completing his police training his first assignment was Patrol Division in Honolulu, and later served in Narcotics Division, Internal Affairs, and Training Division; and

WHEREAS, prior to being selected as Chief of Police he was the Executive Officer for the Juvenile Services Division; and

WHEREAS, he is presently a Professor at Chaminade University of Honolulu teaching Criminal Justice Administration; and

WHEREAS, he was the only applicant, out of six, that submitted a five-year strategic plan; and

WHEREAS, he is only the fourth Captain in HPD history to bypass the ranks of major and assistant chief on the way to being named the 10th Chief of Police; and

WHEREAS, as Chief of Police he is a respected leader who has the support of the rank and file; and

WHEREAS, he considers "ALOHA" as one of the pillars of his administration and community policing; and

WHEREAS, he leads one of the largest departments in the City and County of Honolulu employing 2,100 police officers and 550 support staff.

NOW, THEREFORE, BE IT RESOLVED, by the Association of Hawaiian Civic Clubs at its 51st Convention at Keauhou, Hawai'i, this 13th day of November, 2010, that it congratulate Louis Mahina Kealoha on being selected as the 10th Chief of Police for the City and County of Honolulu; and

BE IT FURTHER RESOLVED, that certified copies of this resolution be transmitted to Louis Mahina Kealoha, his mother Beatrice Kealoha, and brothers Vernon Kealoha, Randy Kealoha and Andre Peters, the Mayor of the City & County of Honolulu and the members of the City & County of Honolulu Council.

The undersigned hereby certifies that the foregoing Resolution was duly adopted on the 13th day of November, 2010, at the 51st Annual Convention of the Association of Hawaiian Civic Clubs at Keauhou, Hawai'i.

President



HONOLULU POLICE  RELIEF ASSOCIATION

December 27, 2006

Captain Louis Kealoha
Honolulu Police Department
Criminal Investigation Division
801 South Beretania Street
Honolulu, Hawaii 96813

Dear Captain Kealoha:

Congratulations! You have been elected to the Board of Directors of the Honolulu Police Relief Association (HPRA). Your term shall run from January 1, 2007, to December 31, 2009.

Elections were held from December 11 to 15, 2006, and the following individuals received the most votes:

ANCHETA, Raymond
CARVALHO, Michael
CLARK, WILLIAM
GARCIA, Alexander
KEALOHA, Louis
SMITH, James, "Kimo"

The Board meets on the fourth Wednesday of each month. Our next meeting is scheduled for Wednesday, January 24, 2007, at 5 p.m., at the HPRA office/store. You will be notified by e-mail prior to each meeting.

Thank you for volunteering to serve the HPRA membership.

If you have any questions, please call Jamie or Jean at 942-3873.

Sincerely,

MICHAEL H. TAMASHIRO
President

POLICE DEPARTMENT

CITY AND COUNTY OF HONOLULU

801 SOUTH BERETANIA STREET
HONOLULU, HAWAII 96813 - AREA CODE (808) 529-3111
http://www.honolulupd.org
www.co.honolulu.hi.us

JEREMY HARRIS
MAYOR

LEE D. DONOHUE
CHIEF

GLEN R. KAJIYAMA
PAUL D. PUTZULU
DEPUTY CHIEFS

OUR REFERENCE CK-JDC

October 29, 2003

Lieutenant Louis Kealoha
Office of Accreditation
Honolulu Police Department
801 South Beretania Street
Honolulu, Hawaii 96813

Dear Lieutenant Kealoha:

On behalf of the Honolulu Police Department, I would like to express our sincere appreciation for your contribution in helping the HPD achieve national accreditation.

During your special assignment as a member of the Commission on Accreditation for Law Enforcement Agencies, Inc. (CALEA) Ad Hoc/Directives Committee, you assisted in creating a new directive system for the HPD in compliance with CALEA standards. The committee devised a numerical citation system for the department's directive system. All 222 existing policies were reviewed, updated, and reformatted. A 90-page topical directive index was devised to provide users with quick and easy access to information contained in the directive system. A mock assessment was also coordinated by a CALEA assessment team, which assisted in making the departmental changes necessary for compliance. As a result of the committee's efforts, our department achieved national accreditation on July 12, 2003. Out of the 57 major city police departments, the HPD was the 14th to become nationally accredited. Also, the HPD is 1 of only 615 accredited agencies among the more than 17,000 police departments in the United States.

You have shown a high level of dedication and loyalty to our department during your assignment, and your initiative and determination speak highly of your strength of character.

Mahalo and best wishes.

Sincerely,

Lee D. Donohue

LEE D. DONOHUE
Chief of Police

*Serving and Protecting with Aloha*



EXECUTIVE CHAMBERS
HONOLULU

LINDA LINGLE
GOVERNOR

May 12, 2009

Louis M. Kealoha
1018 Kealaolu Ave.
Honolulu, HI 96816

Dear Mr. Kealoha,

It is a pleasure to inform you that the Senate of the Twenty-Fifth Legislature, Regular Session of 2009, approved your nomination to the **Hawai'i Advisory Commission on Drug Abuse and Controlled Substances** for a term to expire 6/30/2013.

Congratulations on your confirmation and thank you again for your service to the people of Hawaiʻi. For any questions, please contact the Boards and Commissions Office at 586-0026.

Sincerely,

Eric Caceres Barsatan
Boards and Commissions Manager

# QUINN BENNER & ASSOCIATES

## CERTIFICATE OF COMPLETION

is presented to: Louis Kealoha

TRAINING QUINN BENNER CONSULTING

For successful completion of a
P.O.S.T. certified 24 hour course
entitled

BASIC PEER SUPPORT COUNSELING FOR LAW ENFORCEMENT

Al Benner PhD

Al Benner, Ph.D.

11-16-94

Date

Vicki Quinn

Vicki Quinn, M.A.

**HONOLULU POLICE DEPARTMENT**

Honolulu, Hawaii

# Certificate of Merit

AWARDED TO

## Lieutenant Louis M. Kealoha

With sincere appreciation in recognition of distinguished services rendered to the Honolulu Police Department and to the Community.

At Honolulu, Hawaii on the 29th day of October, 20 03

[signature]

Chief of Police



# International Association of Chiefs of Police

## Center for Police Leadership

Issues this award thereby certifying that

## Captain Louis Kealoha

has successfully completed the curriculum

## Leadership in Police Organizations

this 29th day of June 2007

Alexandria, Virginia

IACP Executive Director

HONOLULU POLICE DEPARTMENT

CITY AND COUNTY OF HONOLULU

# *Certificate of Recognition*

## *25 Years of Service*

*Awarded to*

## *Captain Louis M. Kealoha*

*With sincere appreciation and in recognition of dedicated service to the Honolulu Police Department and the community.*

*At Honolulu, Hawaii, on the 14th day of May, 2009.*

CHIEF OF POLICE



HONOLULU POLICE DEPARTMENT
Certificate of Training
HONOLULU
POLICE

THIS IS TO CERTIFY THAT

**Louis Kealoha**

HAS COMPLETED TRAINING IN

INSTRUCTOR DEVELOPMENT TRAINING COURSE TOTAL HOURS 40

At Honolulu, Hawaii on the Twentieth day of September, 1996

[signature]

CHIEF OF POLICE



# UNITED STATES SECRET SERVICE

*this certifies that*

## Louis M. Kealoha

## Chief

## Honolulu Police Department

*has attended the United States Secret Service*

## Dignitary Protective Seminar 208-10

*Held in Washington D.C., from November 15th to November 19th, 2010*

*ASSISTANT DIRECTOR, Office of Investigations*

# Honolulu Police Department

***In conjuction with Jensen Learning***

*Awards this Certificate of Training*

*to*

**LOUIS M. KEALOHA**

*for successfully completing the*

***Instructors Development Class***

***October 5-9, 1998 (40 Hrs.)***

Major Forrest R. Broome
HPD - Training Division

Dr. Rich Allen

Dr. Rich Allen, Jensen Learning

# Certificate of Merit

This document is proof of the undersigned's superior training accomplishment. By attending the seminar

## The Basics of Writing Policies and Procedures

AWARDING 0.6 CEUs
the undersigned has completed six hours of intensive training and is entitled to all rights and privileges related to or resulting from the completion of the aforementioned course.

Louis M. Kealoha
Signature of Seminar Participant

12-15-2000
Date

Raelene Dietz
Raelene Dietz
*President*

B. D. Healy
Brian D. Healy
*Director of Program Development*

PADGETT THOMPSON™

**National Registry of CPE Sponsors ID Number 106606**
Recommended 6 Hours CPE/Specialized Knowledge & Applications.
In accordance with the standards of the National Registry of CPE Sponsors, CPE credits have been granted based on a 50-minute hour.

PADGETT-THOMPSON 11221 ROE AVENUE LEAWOOD, KS 66211

A0KPPUSC25

11-3401

# LAW ENFORCEMENT EXECUTIVE DEVELOPMENT ASSOCIATION

## AWARDS THIS CERTIFICATE TO

## Lieutenant Louis Kealoha

**For participation in the Leadership and Management Seminar**
**Conducted by the Maui Police Department and**
**The FBI Law Enforcement Executive Development Association**
**Wailea, Maui, Hawaii • February 19-21, 2003**

Chief Thomas M. Phillips
Maui Police Department

Tom Stone
Executive Director, FBI/LEEDA



THE COMMISSION ON ACCREDITATION FOR LAW ENFORCEMENT AGENCIES, INC.

AWARDS THIS

# CERTIFICATE OF TRAINING

TO

*Louis Kealoha*

IN RECOGNITION OF SATISFACTORY PARTICIPATION IN THE COMMISSION'S COURSE OF INSTRUCTION

*Accreditation Manager Training*

PROVIDED AT THE CALEA CONFERENCE IN

*Detroit, Michigan*

ON

*July 2003*

Sylvester Daughtry, Jr.
EXECUTIVE DIRECTOR

TRAINING COORDINATOR





THE COMMISSION ON ACCREDITATION FOR LAW ENFORCEMENT AGENCIES, INC.

AWARDS THIS

# CERTIFICATE OF TRAINING

TO

*Louis Kealoha*

IN RECOGNITION OF SATISFACTORY PARTICIPATION IN THE COMMISSION'S COURSE OF INSTRUCTION

*Introduction to CALEA*

PROVIDED AT THE CALEA CONFERENCE IN

*Detroit, Michigan*

ON

*July 2003*

Sylvester Daughtry, Jr.
EXECUTIVE DIRECTOR

Francis T. LeMay Jr.
TRAINING COORDINATOR