RUSTAM A. BARBEE   #5655
Attorney at Law
1188 Bishop Street, Suite 2606
Honolulu, Hawaii 96813
Telephone:  (808) 524-4406
Facsimile:  (808) 524-4306
Email:     Rustam@Honoluluattorney.com

Attorney for Defendant
LOUIS M. KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 17-00582 JMS (02) |
|---|---|
| | ) CR. NO. 18-00068 JMS (02) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| vs. | ) AMENDING CONDITIONS OF |
| | ) PRETRIAL RELEASE TO PERMIT |
| LOUIS M. KEALOHA, | ) DEFENDANT TO TRAVEL TO |
| | ) WASHINGTON STATE ON |
| Defendant. | ) MAY 29, 2021 TO JUNE 1, 2021 |
| | ) |

**STIPULATION AND ORDER AMENDING CONDITIONS OF
PRETRIAL RELEASE TO PERMIT DEFENDANT TO TRAVEL
TO WASHINGTON STATE ON MAY 29, 2021 TO JUNE 1, 2021**

IT IS HEREBY STIPULATED and agreed to by and between the

parties herein that the conditions of the defendant's pretrial release be amended to

permit him  to travel to Washington State on May 29, 2021 to June 1, 2021 for

purposes of meeting with family members and friends before surrendering for

service of his sentence of imprisonment at FCI Sheridan, Oregon on June 1, 2021.

Defendant is permitted to travel between Honolulu, Hawaii, and Seattle, Washington on May 29, 2021 to June 1, 2021. Defendant shall submit his itinerary (flight and lodging) to Pretrial Services by May 21, 2021.

All other conditions of pretrial release previously imposed shall remain the same and in full force and effect.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, May ____, 2021.

/s/   Rustam A. Barbee
RUSTAM A. BARBEE
Attorney for Defendant
LOUIS M. KEALOHA


/s/   Michael G. Wheat
MICHAEL G. WHEAT
Special Attorney of the United States
Attorney for Plaintiff
UNITED STATES OF AMERICA


/s/   Erik S. Iverson
ERIK S. IVERSON
Pretrial Services Officer
U. S. PRETRIAL SERVICES OFFICE

IT IS APPROVED AND SO ORDERED.

DATED:  Honolulu, Hawaii, May 10, 2021



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

**U.S. v. LOUIS M. KEALOHA, CR. NOS. 17-00582 JMS (02) and 18-00068 JMS (02);**  STIPULATION AND ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE TO PERMIT DEFENDANT TO TRAVEL TO WASHINGTON STATE ON MAY 29, 2021 TO JUNE 1, 2021.